UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 230 W STREET NW, APARTMENT #13, WASHINGTON, D.C. 20001, UNDER RULE 41. | Case No. 23-SW-254<br><br>**Filed Under Seal** |

## ORDER

This matter having come before the Court pursuant to the application of the United States to unseal the above-captioned warrant and related documents:

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that all filings and docket entries for Case No. 23-SW-254 shall be unsealed.

Date: August 29, 2023

_____
Hon. Moxila A. Upadhyaya
UNITED STATES MAGISTRATE JUDGE

1